UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 23, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,                )
                                         )          Case No. 2:13CR00404-MCE-1
               Plaintiff,                )
v.                                       )          ORDER FOR RELEASE OF
                                         )          PERSON IN CUSTODY
CHRISTOPHER SEAN GEANAKOS,               )
                                         )
               Defendant.                )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER SEAN GEANAKOS , Case

No.  2:13CR00404-MCE-1  , Charge  18USC § 2252(a)(2) and 2253(a)  , from custody subject

to the conditions contained in the attached "Notice to Defendant Being Released" and for the

following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 23, 2013   at  2:00 pm  .

By    /s/ Allison Claire/s/ Allison Claire
      _____
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court