1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  CHRISTOPHER SEAN GEANAKOS

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 2:13-CR-0404 MCE
12 |       Plaintiff,                 | STIPULATION AND ORDER
   |                                  | CONTINUING STATUS CONFERENCE
13 |    vs.                           |
   |                                  | Date: February 6, 2014
14 | CHRISTOPHER SEAN GEANAKOS,       | Time: 9:00 a.m.
   |                                  | Judge: Morrison C. England,
15 |       Defendant.                 | Jr.

16

17       The United States of America, through its counsel Assistant
18  U. S. Attorney Kyle F. Reardon, and Christopher Sean Geanakos,
19  through his counsel Clyde M. Blackmon, stipulate that the status
20  conference now scheduled for 9:00 a.m. on February 6, 2014,
21  shall be continued to 9:00 a.m. on March 20, 2014.
22       A continuance of the currently set status conference is
23  necessary to provide the defense with more time in which to
24  review discovery and investigate various aspects of the case.
25       The parties further stipulate that the time from the
26  currently set status conference on February 6, 2014, through
27  March 20, 2014, the requested date for the continued status
28  conference, should be excluded from computation of the time
    period in which trial should commence under the Speedy Trial

- 1 -

1 Act.  The parties stipulate that the ends of justice would be
2 served by the Court excluding that time period from computation
3 because of the volume of discovery in the matter and the need
4 for defense counsel to have reasonable time for effective
5 preparation, taking into account the exercise of due diligence.
6 18 U.S.C. §3161(h)(7)(B)(iv).
7     For these reasons, Mr. Geanakos, his counsel and the
8 government stipulate and agree that the ends of justice served
9 by granting the requested continuance of the status conference
10 outweigh the best interests of the public and Mr. Geanakos in a
11 speedy trial.

```
DATED:    February 5, 2014    By: //s// Clyde M. Blackmon for
                                   Kyle F. Reardon,
                                   Assistant U.S. Attorney

                                  ROTHSCHILD WISHEK & SANDS LLP

DATED:    February 5, 2014    By:  //s// Clyde M. Blackmon
                                   CLYDE M. BLACKMON
                                   Attorneys for Defendant
                                   Christopher Sean Geanakos
```

**ORDER**

The status conference currently set for February 6, 2014, at 9:00 a.m. is hereby CONTINUED to March 20, 2014, at 9:00 a.m. For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through March 20, 2014.  For the reason set for in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Geanakos in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  February 6, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT