1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  CHRISTOPHER SEAN GEANAKOS

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.: 2:13-CR-0404 MCE

12           Plaintiff,               STIPULATION AND ORDER
                                      CONTINUING STATUS CONFERENCE
13        vs.
                                      Date: March 20, 2014
14  CHRISTOPHER SEAN GEANAKOS,        Time: 9:00 a.m.
                                      Judge: Morrison C. England,
15           Defendant.               Jr.

16

17       The United States of America, through its counsel Assistant

18  U. S. Attorney Kyle F. Reardon, and Christopher Sean Geanakos,

19  through his counsel Clyde M. Blackmon, stipulate that the status

20  conference now scheduled for 9:00 a.m. on March 20, 2014, shall

21  be continued to 9:00 a.m. on April 24, 2014.

22       A continuance of the currently set status conference is

23  necessary to provide the defense with more time in which to

24  review discovery and investigate various aspects of the case.

25       The parties further stipulate that the time from the

26  currently set status conference on March 20, 2014, through April

27  24, 2014, the requested date for the continued status

28  conference, should be excluded from computation of the time

                              - 1 -
             STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1   period in which trial should commence under the Speedy Trial

2   Act.  The parties stipulate that, taking into account the

3   exercise of due diligence, the ends of justice would be served

4   by the Court excluding that time period from computation

5   because of the volume of discovery in the matter and the need

6   for defense counsel to have reasonable time for effective

7   preparation.  18 U.S.C. §3161(h)(7)(B)(iv).

8        For these reasons, Mr. Geanakos, his counsel and the

9   government stipulate and agree that the ends of justice served

10   by granting the requested continuance of the status conference

11   outweigh the best interests of the public and Mr. Geanakos in a

12   speedy trial.

13   DATED:     March 18, 2014      By: //s// Clyde M. Blackmon for
                                         Kyle F. Reardon,
14                                        Assistant U.S. Attorney

15

16                                  ROTHSCHILD WISHEK & SANDS LLP

     DATED:     March 18, 2014      By: //s// Clyde M. Blackmon___
17                                        CLYDE M. BLACKMON
                                          Attorneys for Defendant
18                                        Christopher Sean Geanakos

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      IT IS ORDERED that the status conference currently set for

3  March 20, 2014, at 9:00 a.m. is continued to April 24, 2014, at

4  9:00 a.m.  For the reasons stipulated by the parties, good cause

5  exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is

6  excluded under the Speedy Trial Act through April 24, 2014.  For

7  the reason set for in the stipulation of the parties, the ends

8  of justice served by granting this continuance outweigh the best

9  interests of the public and Mr. Geanakos in a speedy trial.  18

10 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

11     IT IS SO ORDERED.

12 Dated:  March 19, 2014

13

14

15     MORRISON C. ENGLAND, JR., CHIEF JUDGE

16     UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE