```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
CHRISTOPHER SEAN GEANAKOS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER SEAN GEANAKOS,<br><br>　　　　Defendant. | Case No.: 2:13-CR-0404 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: May 1, 2014<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

　　　The United States of America, through its counsel Assistant U. S. Attorney Kyle F. Reardon, and Christopher Sean Geanakos, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on May 1, 2014, shall be continued to 9:00 a.m. on June 19, 2014.

　　　A continuance of the currently set status conference is necessary to provide the defense with more time in which to review discovery and investigate various aspects of the case.

　　　The parties further stipulate that the time from the currently set status conference on May 1, 2014, through June 19, 2014, the requested date for the continued status conference, should be excluded from computation of the time period in which

1  trial should commence under the Speedy Trial Act.  The parties
2  stipulate that, taking into account the exercise of due
3  diligence, the ends of justice would be served by the Court
4  excluding that time period from computation  because of the
5  volume of discovery in the matter and the need for defense
6  counsel to have reasonable time for effective  preparation.  18
7  U.S.C. §3161(h)(7)(B)(iv).
8       For these reasons, Mr. Geanakos, his counsel and the
9  government stipulate and agree that the ends of justice served
10 by granting the requested continuance of the status conference
11 outweigh the best interests of the public and Mr. Geanakos in a
12 speedy trial.
13 DATED:     April 21, 2014        By: //s// Clyde M. Blackmon for
                                         Kyle F. Reardon,
14                                       Assistant U.S. Attorney
15
                                    ROTHSCHILD WISHEK & SANDS LLP
16
   DATED:     April 21, 2014        By:  //s// Clyde M. Blackmon
17                                        CLYDE M. BLACKMON
                                          Attorneys for Defendant
18                                        Christopher Sean Geanakos

**ORDER**

IT IS ORDERED that the status conference currently set for May 1, 2014, at 9:00 a.m. is continued to June 19, 2014, at 9:00 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through June 19, 2014.  For the reason set for in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Geanakos in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE