CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
CHRISTOPHER SEAN GEANAKOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   vs.<br>CHRISTOPHER SEAN GEANAKOS,<br><br>     Defendant. | Case No. 2:13-CR-0404-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: June 20, 2014<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

The United States of America, through its counsel Assistant U. S. Attorney Kyle F. Reardon, and Christopher Sean Geanakos, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on June 20, 2014, shall be continued to 9:00 a.m. on September 25, 2014.

A continuance of the currently set status conference is necessary to provide the defense with more time in which to review discovery and investigate various aspects of the case.

The parties further stipulate that the time from the currently set status conference on June 20, 2014, through September 25, 2014, the requested date for the continued status conference, should be excluded from computation of the time

1 period in which trial should commence under the Speedy Trial
2 Act.  The parties stipulate that, taking into account the
3 exercise of due diligence, the ends of justice would be served
4 by the Court excluding that time period from computation
5 because of the volume of discovery in the matter and the need
6 for defense counsel to have reasonable time for effective
7 preparation.  18 U.S.C. §3161(h)(7)(B)(iv).
8     For these reasons, Mr. Geanakos, his counsel and the
9 government stipulate and agree that the ends of justice served
10 by granting the requested continuance of the status conference
11 outweigh the best interests of the public and Mr. Geanakos in a
12 speedy trial.

DATED:    June 11, 2014        By: //s// Clyde M. Blackmon for
13                                  Kyle F. Reardon,
14                                  Assistant U.S. Attorney

15                                ROTHSCHILD WISHEK & SANDS LLP
16 DATED:    June 11, 2014        By: //s// Clyde M. Blackmon
                                      CLYDE M. BLACKMON
17                                    Attorneys for Defendant
                                      Christopher Sean Geanakos

1 **ORDER**

2     IT IS ORDERED that the status conference currently set for
3 June 20, 2014, at 9:00 a.m. is continued to September 25, 2014,
4 at 9:00 a.m.  For the reasons stipulated by the parties, good
5 cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time
6 is excluded under the Speedy Trial Act through September 25,
7 2014.  For the reason set for in the stipulation of the parties,
8 the ends of justice served by granting this continuance outweigh
9 the best interests of the public and Mr. Geanakos in a speedy
10 trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).
11 Dated:  June 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT