```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
CHRISTOPHER SEAN GEANAKOS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br>CHRISTOPHER SEAN GEANAKOS,<br><br>　　　　Defendant. | Case No.: 2:13-CR-0404 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: September 25, 2014<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

　　　　The United States of America, through its counsel Assistant U. S. Attorney William S. Wong, and Christopher Sean Geanakos, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on September 25, 2014, may be continued to 9:00 a.m. on November 20, 2014.

　　　　Mr. Geanakos is charged with the receipt and distribution of child pornography in violation of 18 U.S.C. §2253(a).  At trial the government will rely on evidence obtained from Mr. Geanakos's computer which was seized pursuant to a search warrant.  Counsel for Mr. Geanakos has been authorized by the Court to obtain the services of a forensic expert to examine the hard drive in Mr. Geanakos's computer.  Pursuant to that

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1 authorization, counsel has retained Marcus Lawson of Global
2 CompuSearch, LLC to conduct a forensic examination of the hard
3 drive.  Additional time is required for Mr. Lawson to conduct
4 his examination and report to counsel on his findings.  The
5 parties, therefore, request the Court to continue the currently
6 scheduled status conference to November 20, 2014.

7    The parties further stipulate that the time from the
8 currently set status conference on September 25, 2014, through
9 November 20, 2014, the requested date for the continued status
10 conference, should be excluded from computation of the time
11 period in which trial should commence under the Speedy Trial
12 Act.  The parties stipulate that, taking into account the
13 exercise of due diligence, the ends of justice would be served
14 by the Court excluding that time period from computation
15 because of the necessity for the defense to conduct a forensic
16 examination of the computer hard drive and the need for defense
17 counsel to have reasonable time for effective  preparation.  18
18 U.S.C. §3161(h)(7)(B)(iv).

19    For these reasons, Mr. Geanakos, his counsel and the
20 government stipulate and agree that the ends of justice served
21 by granting the requested continuance of the status conference
22 outweigh the best interests of the public and Mr. Geanakos in a
23 speedy trial.

DATED:    September 22, 2014   By: //s// Clyde M. Blackmon for
                                    William S. Wong,
                                    Assistant U.S. Attorney

                                ROTHSCHILD WISHEK & SANDS LLP
DATED:    September 22, 2014   By: //s// Clyde M. Blackmon
                                    CLYDE M. BLACKMON
                                    Attorneys for Defendant
                                    Christopher Sean Geanakos

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

**ORDER**

The status conference currently set for September 25, 2014, at 9:00 a.m. is CONTINUED to November 20, 2014, at 9:00 a.m. For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is EXCLUDED under the Speedy Trial Act through November 20, 2014.  For the reason set for in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Geanakos in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT