CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
CHRISTOPHER SEAN GEANAKOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br>CHRISTOPHER SEAN GEANAKOS,<br><br>         Defendant. | Case No.: 2:13-CR-0404 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: November 20, 2014<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |
|---|---|

The United States of America, through its counsel Assistant U. S. Attorney William S. Wong, and Christopher Sean Geanakos, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on November 20, 2014, may be continued to 9:00 a.m. on January 15, 2015.

Mr. Geanakos is charged with the receipt and distribution of child pornography in violation of 18 U.S.C. §2253(a).  At trial the government will rely on evidence obtained from Mr. Geanakos's computer which was seized pursuant to a search warrant.  Counsel for Mr. Geanakos has been authorized by the Court to obtain the services of a forensic expert to examine the hard drive in Mr. Geanakos's computer.  Pursuant to that

1  authorization, counsel has retained Marcus Lawson of Global
2  CompuSearch, LLC to conduct a forensic examination of the hard
3  drive.  The parties have been delayed in working out a
4  stipulation regarding the examination of the hard drive.
5  However, they expect that a stipulation will be agreed upon
6  shortly and they will then present the Court with a proposed
7  order authorizing the examination.  Therefore, additional time
8  is required for Mr. Lawson to conduct his examination and report
9  to counsel on his findings.  The parties, therefore, request the
10 Court to continue the currently scheduled status conference to
11 January 15, 2015.
12      The parties further stipulate that the time from the
13 currently set status conference on November 20, 2014, through
14 January 15, 2015, the requested date for the continued status
15 conference, should be excluded from computation of the time
16 period in which trial should commence under the Speedy Trial
17 Act.  The parties stipulate that, taking into account the
18 exercise of due diligence, the ends of justice would be served
19 by the Court excluding that time period from computation
20 because of the necessity for the defense to conduct a forensic
21 examination of the computer hard drive and the need for defense
22 counsel to have reasonable time for effective  preparation.  18
23 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).
24      For these reasons, Mr. Geanakos, his counsel and the
25 government stipulate and agree that the ends of justice served
26 by granting the requested continuance of the status conference
27
28

1  outweigh the best interests of the public and Mr. Geanakos in a
2  speedy trial.

3  DATED:     November 18, 2014    By: //s// Clyde M. Blackmon for
4                                       William S. Wong,
                                         Assistant U.S. Attorney
5

6                                       ROTHSCHILD WISHEK & SANDS LLP
   DATED:     November 18, 2014    By: _//s// Clyde M. Blackmon___
7                                       CLYDE M. BLACKMON
                                        Attorneys for Defendant
8                                       Christopher Sean Geanakos

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

**ORDER**

IT IS ORDERED that the status conference currently set for November 20, 2014, at 9:00 a.m. is continued to January 15, 2015, at 9:00 a.m. For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through January 15, 2015. For the reason set for in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Geanakos in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

DATED: November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT