CLYDE M. BLACKMON (SBN 36280)
Rothschild Wishek & Sands LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
cblackmon@rwslaw.com

Attorneys for Defendant
CHRISTOPHER GEANAKOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0404 MCE |
|---|---|
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE |
| vs. | |
| CHRISTOPHER GEANAKOS, | |
| Defendant. | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if

```
 1  defendant were personally present; and further agrees to be
 2  present in person in court ready for trial on any day which the
 3  Court may fix in his absence.
    DATED:   January 15, 2015                _____
 4                                           CHRISTOPHER GEANAKOS
 5
 6
 7  APPROVED:
 8
    _____
 9  CLYDE M. BLACKMON
    Attorney for Defendant
10  CHRISTOPHER GEANAKOS
11
12  IT IS SO ORDERED.
13
14  Dated:   January 26, 2015

                                  _____
                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT
```

- 2 -

WAIVER OF PERSONAL APPEARANCE