1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  CHRISTOPHER SEAN GEANAKOS

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.: 2:13-CR-0404 MCE

12            Plaintiff,                 STIPULATION AND ORDER
                                         CONTINUING STATUS CONFERENCE
13       vs.
                                         Date: February 5, 2015
14  CHRISTOPHER SEAN GEANAKOS,           Time: 9:00 a.m.
                                         Judge: Morrison C. England, Jr.
15            Defendant.

16

17       The United States of America, through its counsel Assistant

18  U. S. Attorney William S. Wong, and Christopher Sean Geanakos,

19  through his counsel Clyde M. Blackmon, stipulate that the status

20  conference now scheduled for 9:00 a.m. on February 5, 2015,

21  shall be continued to 9:00 a.m. on April 9, 2015.

22       The parties have filed a stipulation and proposed

23  protective order which will permit a defense computer forensic

24  expert to examine the computer which law enforcement officers

25  seized from Mr. Geanakos.  A continuation of the status

26  conference is necessary to give the expert time to complete his

27  examination.

28

1    The parties further stipulate that the time from the
2 currently set status conference on February 5, 2015, through
3 April 9, 2015, the requested date for the continued status
4 conference, should be excluded from computation of the time
5 period in which trial should commence under the Speedy Trial
6 Act.  The parties agree that the ends of justice would be served
7 by the Court excluding that time period from computation in
8 order to give the defense expert time to complete his
9 examination and the need for defense counsel to have reasonable
10 time for effective  preparation, taking into account the
11 exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).
12    For these reasons, Mr. Geanakos, his counsel and the
13 government stipulate that the ends of justice served by granting
14 the requested continuance of the status conference outweigh the
15 best interests of the public and Mr. Geanakos in a speedy trial.

DATED:    February 3, 2015     By: //s// Clyde M. Blackmon for
                                    William S. Wong,
                                    Assistant U.S. Attorney


                                ROTHSCHILD WISHEK & SANDS LLP
DATED:    February 3, 2015     By:  //s// Clyde M. Blackmon___
                                    CLYDE M. BLACKMON
                                    Attorneys for Defendant
                                    Christopher Sean Geanakos

**ORDER**

IT IS ORDERED that the status conference currently set for February 5, 2015, at 9:00 a.m. is continued to April 9, 2015, at 9:00 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through April 9, 2015.  For the reason set forth in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Geanakos in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT