1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  CHRISTOPHER SEAN GEANAKOS

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No.: 2:13-CR-0404 MCE

12         Plaintiff,                     STIPULATION AND ORDER
                                          CONTINUING STATUS CONFERENCE
13     vs.
                                          Date: April 9, 2015
14 CHRISTOPHER SEAN GEANAKOS,             Time: 9:00 a.m.
                                          Judge: Morrison C. England, Jr.
15         Defendant.

16

17     The United States of America, through its counsel Assistant

18 U. S. Attorney William S. Wong, and Christopher Sean Geanakos,

19 through his counsel Clyde M. Blackmon, stipulate that the status

20 conference now scheduled for 9:00 a.m. on April 9, 2015, may be

21 continued to 9:00 a.m. on May 28, 2015.

22     Mr. Geanakos is charged with the receipt and distribution

23 of child pornography in violation of 18 U.S.C. §2253(a).  At

24 trial the government will rely on evidence obtained from Mr.

25 Geanakos's computer which was seized pursuant to a search

26 warrant.  The Court has previously authorized counsel for Mr.

27 Geanakos to obtain the services of a forensic expert to examine

28 the hard drive in Mr. Geanakos's computer.  Pursuant to that

1  authorization, counsel has retained Marcus Lawson of Global
2  CompuSearch, LLC to conduct a forensic examination of the hard
3  drive.  On February 23, 2015, the Court, pursuant to a
4  stipulation between the parties, issued a protective order which
5  permits Mr. Lawson to examine the hard drive and report his
6  findings to counsel for Mr. Geanakos.  However, due to Mr.
7  Lawson's involvement in other cases he has not been able to
8  undertake that examination and additional time is required for
9  Mr. Lawson to conduct his examination and report to counsel.
10 The parties, therefore, request the Court to continue the
11 currently scheduled status conference to May 28, 2015.
12     The parties further stipulate that the time from the
13 currently set status conference on April 9, 2015, through May
14 28, 2015, the requested date for the continued status
15 conference, should be excluded from computation of the time
16 period in which trial should commence under the Speedy Trial
17 Act.  The parties agree that, taking into account the exercise
18 of due diligence, the ends of justice would be served by the
19 Court excluding that time period from computation because of the
20 necessity for the defense to conduct a forensic examination of
21 the computer hard drive and the need for defense counsel to have
22 reasonable time for effective  preparation.  18 U.S.C.
23 §3161(h)(7)(B)(iv) (Local Code T4).
24 /////
25 /////
26 /////
27 /////
28

1  /////
2       For these reasons, Mr. Geanakos, his counsel and the
3  government stipulate that the ends of justice served by granting
4  the requested continuance of the status conference outweigh the
5  best interests of the public and Mr. Geanakos in a speedy trial.

6  DATED:    April 6, 2015        By: //s// Clyde M. Blackmon for
                                       William S. Wong,
7                                      Assistant U.S. Attorney

8

9                                  ROTHSCHILD WISHEK & SANDS LLP
   DATED:    April 6, 2015        By:  //s// Clyde M. Blackmon
10                                     CLYDE M. BLACKMON
                                       Attorneys for Defendant
11                                     Christopher Sean Geanakos

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

1 **ORDER**

2    IT IS ORDERED that the status conference currently set for
3 April 9, 2015, at 9:00 a.m. is continued to May 28, 2015, at
4 9:00 a.m.  For the reasons stipulated by the parties, good cause
5 exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is
6 excluded under the Speedy Trial Act through May 28, 2015.  For
7 the reason set forth in the stipulation of the parties, the ends
8 of justice served by granting this continuance outweigh the best
9 interests of the public and Mr. Geanakos in a speedy trial.  18
10 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).
11    IT IS SO ORDERED.
12 Dated:  April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT