CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
CHRISTOPHER SEAN GEANAKOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0404 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs.<br>CHRISTOPHER SEAN GEANAKOS, | Date: July 9, 2015<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney William S. Wong, and Christopher Sean Geanakos, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on July 9, 2015, may be continued to 9:00 a.m. on August 13, 2015.

Mr. Geanakos is charged with the receipt and distribution of child pornography in violation of 18 U.S.C. §2253(a).  At trial the government will rely on evidence obtained from Mr. Geanakos's computer which was seized pursuant to a search warrant.  The Court has previously authorized counsel for Mr. Geanakos to obtain the services of a forensic expert to examine the hard drive in Mr. Geanakos's computer.  Pursuant to that

- 1 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1  authorization, counsel has retained Marcus Lawson of Global
2  CompuSearch, LLC to conduct a forensic examination of the hard
3  drive.  On February 23, 2015, the Court, pursuant to a
4  stipulation between the parties, issued a protective order which
5  permits Mr. Lawson to examine the hard drive and report his
6  findings to counsel for Mr. Geanakos.  Mr. Lawson has completed
7  his examination of the hard drive.  However, due to Mr. Lawson's
8  and defense counsel's schedules, counsel for Mr. Geanakos has
9  not been able to meet with Mr. Lawson to discuss the results of
10 his examination of the computer hard drive.  Counsel has
11 arranged a meeting with Mr. Lawson on July 16, 2015, to discuss
12 Lawson's findings.  Once counsel has met with Mr. Lawson he will
13 need additional time to discuss Lawson's finding with Mr.
14 Geanakos.  The parties, therefore, request the Court to continue
15 the currently scheduled status conference to August 13, 2015.
16      The parties further stipulate that the time from the
17 currently set status conference on July 9, 2015, through August
18 13, 2015, the requested date for the continued status
19 conference, should be excluded from computation of the time
20 period in which trial should commence under the Speedy Trial
21 Act.  The parties agree that, taking into account the exercise
22 of due diligence, the ends of justice would be served by the
23 Court excluding that time period from computation because of the
24 necessity for the defense to assess the results of the forensic
25 examination of the computer hard drive and the need for defense
26 counsel to have reasonable time for effective  preparation.  18
27 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).
28

1    For these reasons, Mr. Geanakos, his counsel and the
2 government stipulate that the ends of justice served by granting
3 the requested continuance of the status conference outweigh the
4 best interests of the public and Mr. Geanakos in a speedy trial.

DATED:    July 6, 2015          By: //s// Clyde M. Blackmon for
                                        William S. Wong,
                                        Assistant U.S. Attorney


                                ROTHSCHILD WISHEK & SANDS LLP
DATED:    July 6, 2015          By:  //s// Clyde M. Blackmon
                                        CLYDE M. BLACKMON
                                        Attorneys for Defendant
                                        Christopher Sean Geanakos

- 3 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1 **ORDER**

2     IT IS ORDERED that the status conference currently set for
3 July 9, 2015, at 9:00 a.m. is continued to August 13, 2015, at
4 9:00 a.m.  For the reasons stipulated by the parties, good cause
5 exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is
6 excluded under the Speedy Trial Act through August 13, 2015.
7 For the reason set forth in the stipulation of the parties, the
8 ends of justice served by granting this continuance outweigh the
9 best interests of the public and Mr. Geanakos in a speedy trial.
10 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

11     IT IS SO ORDERED.

12 Dated:  July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT