CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
CHRISTOPHER SEAN GEANAKOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br>CHRISTOPHER SEAN GEANAKOS,<br><br>         Defendant. | Case No.: 2:13-CR-0404 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: November 6, 2015<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

The United States of America, through its counsel Assistant U. S. Attorney William S. Wong, and Christopher Sean Geanakos, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on November 6, 2015, may be continued to 9:00 a.m. on December 10, 2015.

Mr. Geanakos is charged with the receipt and distribution of child pornography in violation of 18 U.S.C. §2253(a). Counsel for the government and counsel for Mr. Geanakos have commenced settlement discussions.  However, those discussions have been delayed due to the illness of both counsel. Therefore, additional time is necessary for counsel to continue their discussions in an attempt to settle the matter.  The

1 parties, therefore, request the Court to continue the currently
2 scheduled status conference to December 10, 2015.
3     The parties further stipulate that the time from the
4 currently set status conference on November 6, 2015, through
5 December 10, 2015, the requested date for the continued status
6 conference, should be excluded from computation of the time
7 period in which trial should commence under the Speedy Trial
8 Act.  The parties agree that, taking into account the exercise
9 of due diligence, the ends of justice would be served by the
10 Court excluding that time period from computation because of the
11 necessity for the defense and the government to continue their
12 settlement discussions and the need for defense counsel to have
13 reasonable time for effective preparation.  18 U.S.C.
14 §3161(h)(7)(B)(iv) (Local Code T4).
15     For these reasons, Mr. Geanakos, his counsel and the
16 government stipulate that the ends of justice served by granting
17 the requested continuance of the status conference outweigh the
18 best interests of the public and Mr. Geanakos in a speedy trial.

DATED:    November 3, 2015    By: //s// Clyde M. Blackmon for
                                      William S. Wong,
                                      Assistant U.S. Attorney


                                 ROTHSCHILD WISHEK & SANDS LLP
DATED:    November 3, 2015    By: _//s// Clyde M. Blackmon___
                                      CLYDE M. BLACKMON
                                      Attorneys for Defendant
                                      Christopher Sean Geanakos

- 2 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1 **ORDER**

2     IT IS ORDERED that the status conference currently set for
3 November 6, 2015, at 9:00 a.m. is continued to December 10,
4 2015, at 9:00 a.m.  For the reasons stipulated by the parties,
5 good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and
6 time is excluded under the Speedy Trial Act through December 10,
7 2015.  For the reason set forth in the stipulation of the
8 parties, the ends of justice served by granting this continuance
9 outweigh the best interests of the public and Mr. Geanakos in a
10 speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).
11     IT IS SO ORDERED.
12 DATED:  November 10, 2015

                                        _____
                                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT