CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
CHRISTOPHER SEAN GEANAKOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0404 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | Date: December 10, 2015 |
| CHRISTOPHER SEAN GEANAKOS, | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney William S. Wong, and Christopher Sean Geanakos, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on December 10, 2015, may be continued to 9:00 a.m. on January 14, 2016.

Mr. Geanakos is charged with the receipt and distribution of child pornography in violation of 18 U.S.C. §2253(a). Counsel for the government and counsel for Mr. Geanakos have commenced settlement discussions.  However, those discussions have been prolonged due to a delay in defense counsel obtaining a report from a psychologist who has been treating Mr. Geanakos. Therefore, additional time is necessary for counsel to continue

- 1 -

1  their discussions in an attempt to settle the matter.   The
2  parties, therefore, request the Court to continue the currently
3  scheduled status conference to January 14, 2016.

4       The parties further stipulate that the time from the
5  currently set status conference on December 10, 2015, through
6  January 14, 2016, the requested date for the continued status
7  conference, should be excluded from computation of the time
8  period in which trial should commence under the Speedy Trial
9  Act.  The parties agree that, taking into account the exercise
10 of due diligence, the ends of justice would be served by the
11 Court excluding that time period from computation because of the
12 necessity for the defense and the government to continue their
13 settlement discussions and the need for defense counsel to have
14 reasonable time for effective preparation.  18 U.S.C.
15 §3161(h)(7)(B)(iv) (Local Code T4).

16      For these reasons, Mr. Geanakos, his counsel and the
17 government stipulate that the ends of justice served by granting
18 the requested continuance of the status conference outweigh the
19 best interests of the public and Mr. Geanakos in a speedy trial.

20 DATED:    December 9, 2015    By: //s// Clyde M. Blackmon for
                                      William S. Wong,
21                                    Assistant U.S. Attorney

22

23                                  ROTHSCHILD WISHEK & SANDS LLP
   DATED:    December 9, 2015    By: //s// Clyde M. Blackmon
24                                    CLYDE M. BLACKMON
                                      Attorneys for Defendant
25                                    Christopher Sean Geanakos

26

27

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1                                **ORDER**

2          It is hereby ordered that the status conference currently

3    set for December 10, 2015, at 9:00 a.m. is continued to January

4    14, 2016, at 9:00 a.m.  For the reasons stipulated by the

5    parties, good cause exists pursuant to 18 U.S.C.

6    §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial

7    Act through January 14, 2016.  For the reasons set forth in the

8    stipulation of the parties, the ends of justice served by

9    granting this continuance outweigh the best interests of the

10   public and Mr. Geanakos in a speedy trial.  18 U.S.C.

11   §3161(h)(7)(B)(iv) (Local Code T4).

12         IT IS SO ORDERED.

13   Dated:  December 15, 2015

14

15   _____

16   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE