1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  CHRISTOPHER SEAN GEANAKOS

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.: 2:13-CR-0404 GEB
12 |         Plaintiff,               | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
13 |    vs.                           |
14 | CHRISTOPHER SEAN GEANAKOS,       | Date: January 22, 2016
   |                                  | Time: 9:00 a.m.
15 |         Defendant.               | Judge: Garland E. Burrell, Jr.
16

17      The United States of America, through its counsel Assistant
18 U. S. Attorney William S. Wong, and Christopher Sean Geanakos,
19 through his counsel Clyde M. Blackmon, stipulate that the status
20 conference now scheduled for 9:00 a.m. on January 22, 2016, may
21 be continued to 9:00 a.m. on February 5, 2016.
22      The parties anticipated setting the matter for trial when
23 they appeared at the currently set status conference.  However,
24 counsel for Mr. Geanakos has a doctor's appointment scheduled
25 for the same time as the status conferences and will not be able
26 to appear in court for the status conference.  Therefore, the
27 parties request the Court to continue the status conference to
28 February 5, 2016.

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1  The parties further stipulate that the time from the
2 currently set status conference on January 22, 2016, through
3 February 5, 2016, the requested date for the continued status
4 conference, should be excluded from computation of the time
5 period in which trial should commence under the Speedy Trial
6 Act.  The parties agree that, taking into account the exercise
7 of due diligence, the ends of justice would be served by the
8 Court excluding that time period from computation because of the
9 need for defense counsel to have reasonable time for effective
10 preparation.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).
11    For these reasons, Mr. Geanakos, his counsel and the
12 government stipulate that the ends of justice served by granting
13 the requested continuance of the status conference outweigh the
14 best interests of the public and Mr. Geanakos in a speedy trial.

15 DATED:   January 21, 2016    By: //s// Clyde M. Blackmon for
16                                   William S. Wong,
                                     Assistant U.S. Attorney
17

18                                   ROTHSCHILD WISHEK & SANDS LLP
19 DATED:   January 21, 2016    By:  //s// Clyde M. Blackmon
                                     CLYDE M. BLACKMON
20                                   Attorneys for Defendant
                                     Christopher Sean Geanakos
21
22
23
24
25
26
27
28

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

**ORDER**

IT IS ORDERED that the status conference currently set for January 22, 2016, at 9:00 a.m. is continued to February 5, 2016, at 9:00 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through February 5, 2016. For the reason set forth in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Geanakos in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated:  January 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge