CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
CHRISTOPHER SEAN GEANAKOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0404 GEB |
|---|---|
| Plaintiff, | REQUEST TO CALENDAR HEARING ON DEFENDANT'S REQUEST FOR DISMISSAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL; [PROPOSED] ORDER |
| vs. | |
| CHRISTOPHER SEAN GEANAKOS, | |
| Defendant. | Date: March 4, 2016<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

On February 4, 2016, Christopher Sean Geanakos, through his mother Kathy Geanakos, filed a request that his counsel, Clyde M. Blackmon, be dismissed and new counsel appointed.  Therefore, counsel now asks that Mr. Geanakos's case be placed on the Court's calendar at 9:00 a.m. on March 4, 2016, for a hearing on Mr. Geanakos's request.  Because the hearing will involve matters that are covered by the attorney-client privilege, counsel requests that the hearing be *ex parte* and *in camera.*

- 1 -

REQUEST TO CALENDAR HEARING ON DEFENDANT'S REQUEST FOR DISMISSAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL; [PROPOSED] ORDER

A trial in the case is scheduled to commence on September 6, 2016, and a trial readiness conference is set for August 12, 2016.

```
                                   ROTHSCHILD WISHEK & SANDS LLP

DATED:    February 16, 2016    By:  //s// Clyde M. Blackmon
                                    CLYDE M. BLACKMON
                                    Attorneys for Defendant
                                    Christopher Sean Geanakos
```

REQUEST TO CALENDAR HEARING ON DEFENDANT'S REQUEST FOR DISMISSAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL; [PROPOSED] ORDER

**ORDER**

Mr. Geanakos's request for dismissal of counsel and appointment of new counsel is placed on the Court's calendar to on or after 9:00 a.m. on March 4, 2016, for an *ex parte* and *in camera* hearing.

Dated:  February 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

REQUEST TO CALENDAR HEARING ON DEFENDANT'S REQUEST FOR DISMISSAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL; [PROPOSED] ORDER