PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GEANAKOS,<br><br>Defendant. | CASE NO. 2:13-CR-0404 GEB<br><br>MOTION FOR PRETRIAL PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION TO DETERMINE THE EXISTENCE OF INSANTIY AT THE TIME OF THE OFFENSE AND [PROPOSED] ORDER<br><br>DATE: August 12, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

Pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 4242(a), the government requests an order requiring the defendant Christopher Geanakos to submit to a psychiatric or psychological examination to determine whether he was insane at the time of the offense alleged in the indictment.

1. On XXXX, the grand jury returned a one-count indictment charging the defendant with receipt of child pornography in violation of 18 U.S.C. § 2252(a).

2. On August 5, 2016, the Court confirmed this matter for jury trial to begin on September 6, 2016.

3. On August 8, 2016, the defendant filed a notice of Insanity Defense pursuant to Rule 12.2(a) of the Federal Rules of Criminal Procedure and in accordance this Court's trial confirmation order, *see* Dkt. No. 68, thereby placing the Court and the United States on notice that the defendant may rely on

1 the defense of insanity at his trial.

2     4. Upon filing a notice of an insanity defense, the government is entitled to a court-ordered
3 psychiatric or psychological examination under 18 U.S.C. § 4242 to determine whether or not the
4 defendant was insane at the time of the alleged offense.

5 <u>APPLICABLE RULES AND STATUTES REGARDING REQUIRED MENTAL EXAMINATION</u>

6     5. Rule 12.2(c)(1)(B) of the Federal Rules of Criminal Procedure provides: "If the defendant
7 provides notice under Rule 12.2(a), the court must, upon the government's motion, order the defendant
8 to be examined under 18 U.S.C. § 4242."

9     6. 18 U.S.C. § 4242(a) states: "Upon the filing of a notice, as provided in Rule 12.2 of the
10 Federal Rules of Criminal Procedure, that the defendant intends to rely on the defense of insanity, the
11 court, upon motion of the attorney for the Government, shall order that a psychiatric or psychological
12 examination of the defendant be conducted, and that a psychiatric or psychological report be filed with
13 the court, pursuant to the provisions of section 4247(b) and (c)."

14     7. 18 U.S.C. § 4247(b) provides in relevant part: "A psychiatric or psychological examination
15 ordered pursuant to this chapter shall be conducted by a licensed or certified psychiatrist or psychologist,
16 or, if the court finds it appropriate, by more than one such examiner. Each examiner shall be designated
17 by the court. . . . For the purposes of an examination pursuant to an order under section 4242 . . . [the
18 court may commit the person to be examined] for a reasonable period, but not to exceed forty-five days,
19 to the custody of the Attorney General for placement in a suitable facility. Unless impracticable, the
20 psychiatric or psychological examination shall be conducted in the suitable facility closest to the court."

21     8. 18 U.S.C. § 4247(c) requires: "A psychiatric or psychological report ordered pursuant to this
22 chapter shall be prepared by the examiner designated to conduct the psychiatric or psychological
23 examination, shall be filed with the court with copies provided to the counsel for the person examined
24 and to the attorney for the Government, and shall include--

25     (1) the person's history and present symptoms;

26     (2) a description of the psychiatric, psychological, and medical tests that were employed
27         and their results;

28     (3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and—

(B) if the examination is ordered under section 4242, whether the person was insane at the time of the offense charged"

CONCLUSION

Accordingly, the United States requests that the defendant be committed to the United States Bureau of Prisons and ordered to undergo a mental health examination to determine the existence of insanity at the time of the alleged offense in accordance with 18 U.S.C. § 4247(b).

Dated: August 9, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Shelley D. Weger
AUDREY B. HEMESATH
SHELLEY D. WEGER
Assistant United States Attorneys

For the UNITED STATES OF AMERICA

MOTION FOR PRETRIAL PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

3