PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GEANAKOS,<br><br>Defendant. | CASE NO.  2:13-CR-0404 GEB<br><br>STIPULATION RE MEDICAL EXAMINATION AND EXCLUSION OF TIME; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 9, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsels of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for a hearing on the United States' motion for a medical examination on September 9, 2016.

2. By this stipulation, the parties now stipulate for the Court to (a) order the defendant to submit to a medical examination as set forth in the attached proposed order; (b) vacate the motion hearing set for September 9, 2016, (d) set a status conference for October 21, 2016, and (e) exclude time between September 9, 2016 and October 21, 2016, under Local Codes A and T4.  The United States withdraws its previously filed motion requesting an in-custody medical evaluation.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant was indicted on December 12, 2013, on one count of receipt of

STIPULATION RE MEDICAL EXAMINATION
AND EXCLUSION OF TIME; [PROPOSED]
FINDINGS AND ORDER

1

child pornography.

      b)      On December 23, 2013, the defendant appeared and was released to the third-party custody of his mother.

      c)      On August 5, 2016, the Court set this matter for trial to begin September 6, 2016.

      d)      On August 8, 2016, the defendant filed notice of his intent to raise an insanity defense at trial.  The defense is still waiting to receive one of the expert reports that it intends to rely on in support of its insanity defense.

      e)      On August 9, 2016, the United States filed a motion pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 4242 and 4247 requesting a court order committing the defendant to the custody of the Bureau of Prisons for a psychiatric or psychological examination to determine the existence of insanity at the time of the alleged offense.  A hearing on the motion was set for August 12, 2016.

      f)      On August 11, 2016, the defense filed an opposition to the government's motion wherein the defense opposed the government's request for an in-custody medical examination, and requested that the Court instead order an out-of-custody medical examination.

      g)      On August 12, 2016, the Court entered an order pursuant to a stipulation of the parties, whereby it continued the August 12, 2016 motion hearing to August 19, 2016, in order to provide the United States with time to identify a qualified practitioner to perform the medical examination out-of-custody, and vacated the September 6, 2016 trial date.  Based on further stipulation of the parties, the motion hearing was continued to September 9, 2016.

      h)      The parties hereby request that the Court order the defendant to submit to a medical examination as set forth in the attached order.

      i)      Based on the above-stated findings, the parties further request that the Court vacate the motion hearing set for September 9, 2016, and set this matter for a status conference on October 21, 2016.

      j)      The parties agree that the additional time is necessary so that the defense has time to obtain its expert report, and so that the government can obtain the medical examination to which it is entitled under Rule 12.2(c) of the Federal Rules of Criminal Procedure and 18 U.S.C.

STIPULATION RE MEDICAL EXAMINATION
AND EXCLUSION OF TIME; [PROPOSED]
FINDINGS AND ORDER

§§ 4242 and 4247.

k) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

l) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2016 to October 21, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) [Local Code A] because it results from proceedings to determine the mental compentency or physical capacity of the defendant.

m) The time period of September 9, 2016 to October 21, 2016, inclusive, is further deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request, and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 24, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney


                                            /s/ SHELLEY D. WEGER
                                           SHELLEY D. WEGER
                                           AUDREY B. HEMESATH
                                           Assistant United States Attorneys


Dated:  August 24, 2016                     /s/ CLYDE BLACKMON
                                           CLYDE BLACKMON
                                           Counsel for Defendant
                                           CHRISTOPHER GEANAKOS

STIPULATION RE MEDICAL EXAMINATION                3
AND EXCLUSION OF TIME; [PROPOSED]
FINDINGS AND ORDER

**FINDINGS AND ORDER**

After consideration of the parties' stipulation, the defendant's notice of intent to raise an insanity defense at trial, and Rule 12.2 of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 4242 and 4247, the Court hereby ORDERS that:

(1) the defendant Christopher Geanakos shall submit to a psychiatric or psychological examination to evaluate whether he was insane at the time of the charged offense. For the purposes of this examination, 18 U.S.C. § 17(a) defines insane to mean that, at the time of the commission of the acts constituting the offense, the defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts;

(2) the examination shall be conducted by Jason Roof, M.D., Division of Psychiatry and the Law, Department of Psychiatry and Behavioral Sciences, University of California, Davis Medical Center, 2230 Stockton Boulevard, Sacramento, California on September 26, 2016, at a location to be determined by Dr. Roof;

(3) a report regarding the evaluation shall be prepared in accordance with 18 U.S.C. § 4247(c), and shall include (a) the defendant's history and present symptoms; (b) a description of the psychiatric, psychological, and medical tests that were employed and their results; (c) the examiner's findings; and (d) a determination of whether the defendant was insane at the time of the offense charged;

(4) the report shall be provided to the Court and counsel for both parties no later than October 17, 2016 at the following addresses:

    a. United States District Court for the Eastern District of California
       Attention: The Honorable Garland E. Burrell
       501 I Street
       Sacramento, California, 95814
       telephone number (916) 930-4114;

    b. Shelley Weger
       Assistant United States Attorney
       United States Attorney's Office
       501 I Street, Suite 10-100
       Sacramento, California, 95814
       telephone number (916) 554-2782; and

   c. Clyde Blackmon, Esq.
    Rothschild Wishek & Sands LLP
    765 University Avenue
    Sacramento, California 95825
    telephone number (916) 444-9845.

 (5) time is excluded from September 9, 2016, through October 21, 2016, pursuant to 18 U.S.C. § 3161(h)(1)(A) [Local Code A] and 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4];

 (6) this matter is set for a status conference on October 21, 2016, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  August 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE MEDICAL EXAMINATION
AND EXCLUSION OF TIME; [PROPOSED]
FINDINGS AND ORDER

2