PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GEANAKOS,<br><br>Defendant. | CASE NO.  2:13-CR-0404 GEB<br><br>STIPULATION AND PROPOSED ORDER RE: STATUS CONFERENCE AND EXCLUSION OF TIME<br><br>DATE: October 21, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsels of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 21, 2016. ECF No. 76. The parties now advise that Dr. Roof has completed his psychiatric examination of the defendant pursuant to 18 U.S.C. § 4242. The letter with Dr. Roof's findings were sent to the Court and the parties by Dr. Roof's office on October 11, 2016.

2. The government intends to file a motion to exclude non-insanity evidence of mental defect. The government will notice its motion for December 9, 2016. Accordingly, the parties request that the status conference currently set for October 21, 2016 be vacated.

3. The parties request that the Court set a deadline of October 24, 2016 for the disclosure of any expert witnesses under Fed.R.Crim.P. 16.

4. The parties further request that the Court set a trial confirmation hearing on January 27,

1

2017, and a trial date of February 21, 2017.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2016 through February 21, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) [Local Code A] because it results from proceedings to determine the mental compentency or physical capacity of the defendant.  The time period of October 21, 2016 through February 21, 2017, inclusive, is further deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request, and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Specifically, the defense requires additional time to review the report provided by Dr. Roof and to prepare for the defense in light of this report.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 17, 2016      PHILLIP A. TALBERT
Acting United States Attorney

/s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
SHELLEY D. WEGER
Assistant United States Attorneys

Dated:  October 17, 2016      /s/ EDWARD ROBINSON
EDWARD ROBINSON
Counsel for Defendant
CHRISTOPHER GEANAKOS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 18, 2016

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```