UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-00404-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTOPHER SEAN GEANAKOS, | |
| Defendant. | |

On August 25, 2016, pursuant to the stipulation of the parties, defendant was ordered to submit to a psychiatric or psychological examination for evaluation of whether he was insane at the time of the charged offense. (ECF No. 76.) The undersigned judge received the psychiatric evaluation dated October 11, 2016, via United States mail, which was prepared by Jason Roof, M.D., Division of Psychiatry and the Law, Department of Psychiatry and Behavioral Sciences, University of California, Davis Medical Center. Dr. Roof summarizes his findings in the psychiatric report as follows:

> [I]t is my opinion with reasonable medical certainty that Mr. Geanakos did not have sufficient criteria for an active psychiatric disorder outside of substance use disorders and traits suggesting schizoid, dependent and avoidant personality disorders. Mr. Geanakos was able to understand the nature and quality of his actions with respect to the acts with which he is charged and he did know the wrongfulness of his actions.

1

The Clerk of the Court shall file the referenced psychiatric evaluation under seal, and shall serve a copy of the psychiatric evaluation on the government's attorney and Defendant Christopher Sean Geanakos's attorney.

IT IS SO ORDERED.

Dated: October 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge