UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-0404-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTOPHER GEANAKOS, | |
| Defendant. | |

The three reports the government requested authority to file under seal have not yet been filed. The order concerning the request was filed on January 6, 2017. The Clerk of Court shall file those reports under seal and in the text portion of the docket state: "Sealed Roeder Report, Thomas Report and Mulligan Report." Further, the government's emailed sealing and proposed order shall be filed on the public docket.

Dated: January 20, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1