UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

CHRISTOPHER GEANAKOS,

        Defendant.

No.  13cr00404GEB

**TIAL CONFIRMATION ORDER**

    Defendant waived his right to a jury trial at the proceeding held on January 27, 2017, and the bench trial was then scheduled to commence at 9:00 a.m. on February 28, 2017.

**EVIDENTIARY DISPUTES**

    All evidentiary disputes capable of being resolved by in limine motions shall be filed no later than February 10, 2017. Oppositions or statements of non-opposition shall be filed no later than February 17, 2017. Hearing on the motions shall commence at 9:00 a.m. on February 24, 2017.

    Any reasonably anticipated dispute concerning the admissibility of evidence that is not briefed in an in limine motion shall be included in trial briefs. E.D. Cal. R. 285(a)(3).

**TRIAL PREPARATION**

    Trial briefs shall be filed no later than February 17, 2017; and any requested proposed specific finding made under Rule 23 of the Federal Rules of Criminal Procedure shall be filed before commencement of trial.

    The government shall file a witness list and an exhibit

1

1   list at its earliest convenience.   The government's exhibits

2   shall be numbered with stickers. Should the defendant elect to

3   introduce exhibits at trial, such exhibits shall be designated by

4   alphabetical letter with stickers. The parties may obtain exhibit

5   stickers from the Clerk's Office.

6          If any party desires training on the court's audio

7   visual equipment that party should contact Richard Arendt in the

8   IT    Department    to    make    arrangements    for    training.

9   rarendt@caed.uscourts.gov    The    courtroom    is    available    for

10  training Monday through Thursday between 8:00 and 8:30 a.m.   If

11  training is not needed and a party wants to test the equipment,

12  this can be done the morning of trial between 8:00 and 8:30 a.m.

13         IT IS SO ORDERED.

14  Dated:  January 27, 2017

15

16

17         GARLAND E. BURRELL, JR.
           Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28