Edward M. Robinson, Bar 126244
Nancy Kardon, Bar 156545
**ROBINSON KARDON**
21515 Hawthorne Boulevard Suite 665
Torrance, CA 90503
310.316.9333 office
310.316.6442 fax
Email: eroblaw@gmail.com
Email: nkardon@kardonlaw.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CR-00404-GEB |
| Plaintiff, | ORDER |
| vs. | |
| Defendant. | |
| CHRISTOPHER GEANAKOS | |

The following portion of the parties' May 8, 2017 stipulation is granted: sentencing currently scheduled on May 19, 2017 is rescheduled to commence at 9:00 a.m. on July 28, 2017. Further, any duly preserved formal Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on opposing counsel no later than July 14, 2017, and any Reply, or Statement of Non-Opposition shall be filed no later than July 21, 2017.

Dated: May 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge