UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-00404-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTOPHER GEANAKOS, | |
| Defendant. | |

The restitution portion of the judgment imposed on July 28, 2017, ECF No. 120, is corrected under Rule of 35(a) of the Federal Rules of Criminal Procedure as follows: the $5,000 restitution that S. (first name is redacted since this order is filed on the public docket) receives shall be made payable to Carol L. Hepburn, In Trust for S., and the $10,000 that V. (first name is redacted since this order is filed on the public docket) receives shall be made payable to Carol L. Hepburn, In Trust for V. These corrections are based on the assigned Probation Officer's email dated August 8, 2017, which contains information that should have been included in paragraph 10 of the Presentence Report.

Dated: August 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1