UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:13-cr-404-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Christopher Geanakos, | |
| Defendant. | |

Defendant Christopher Geanakos filed a motion in the district court on August 10, 2017, in which he asks the district judge to "appoint [his attorney who represented him before the district court] as counsel on appeal [and that his attorney receive] attorney fees and costs associated with the appeal process" under 18 U.S.C. § 3006A. Def.'s Mot. 1:19-25, ECF No. 122. Since Defendant filed a Notice of Appeal with the Court of Appeals for the Ninth Circuit, ECF No. 121, Ninth Circuit Local Rule 4-1 governs appointment of counsel on appeal. Therefore, Defendant's motion is denied.

Dated: August 11, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

1