Edward M. Robinson, Bar 126244
**LAW OFFICE OF EDWARD ROBINSON**
21515 Hawthorne Boulevard Suite 730
Torrance, CA 90503
310.316.9333 office
310.316.6442 fax
Email: eroblaw@gmail.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>CHRISTOPHER SEAN GEANAKOS<br><br><br>　　　　Defendant. | CASE NO. 2:13-CR-00404 GEB<br><br>[~~PROPOSED~~]ORDER |

IT IS ORDERED that the following briefing schedule is in affect:

1) That Mr. Geanakos' MOTION FOR BAIL PENDING APPEAL, will be filed on September 6, 2017.

2) That the government's response is due October 20, 2017.

3) That Mr. Geanakos' optional reply is due October 27, 2017.

4) That the Motion is submitted without oral argument pursuant to the request of the parties.

IT IS SO ORDERED.
Dated: September 7, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1