Edward M. Robinson, Bar 126244
**LAW OFFICE OF EDWARD ROBINSON**
21515 Hawthorne Boulevard Suite 730
Torrance, CA 90503
310.316.9333 office
310.316.6442 fax
Email: eroblaw@gmail.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-404 GEB |
| Plaintiff, | [~~PROPOSED~~]ORDER |
| vs. | |
| CHRISTOPHER SEAN GEANAKOS | |
| Defendant. | |

IT IS ORDERED:

1. That Mr. Geanakos' surrender date is continued from October 27, 2017 until November 27, 2017.

2. That this application is submitted without oral argument at the parties' request.

IT IS SO ORDERED

Dated: October 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1