UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER SEAN GEANAKOS,<br><br>　　　　Defendant. | No. 2:13-CR-00404-MCE<br><br><br>**ORDER** |

　　Defendant's Request for a Recommendation for Full Term of Halfway House (ECF No. 151) is DENIED.

　　IT IS SO ORDERED.

Dated: April 24, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1